```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06307
   RHOWN A LEVY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2359

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/09/2007 and was confirmed 06/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  67.00%.

     The case was dismissed after confirmation 10/24/2007.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
UNIVERSAL MORTGAGE CORP   CURRENT MORTG    2094.47            .00         2094.47
UNIVERSAL MORTGAGE CORP   MORTGAGE ARRE        .00            .00             .00
UNIVERSAL MORTGAGE CORP   NOTICE ONLY     NOT FILED           .00             .00
DANA WATSON               NOTICE ONLY     NOT FILED           .00             .00
DANA WATSON               NOTICE ONLY     NOT FILED           .00             .00
ALARM COMMUNICATIONS      UNSECURED       NOT FILED           .00             .00
ALARM ONE INCORPARTED     NOTICE ONLY     NOT FILED           .00             .00
ALLIED INTERSTATE         UNSECURED       NOT FILED           .00             .00
ALLIED INTERSTATE         NOTICE ONLY     NOT FILED           .00             .00
ALLIED INTERSTATE         NOTICE ONLY     NOT FILED           .00             .00
ARMOR SYSTEMS CO          UNSECURED       NOT FILED           .00             .00
ARMOR SYSTEMS CORP        NOTICE ONLY     NOT FILED           .00             .00
ARMOR SYSTEMS CO          NOTICE ONLY     NOT FILED           .00             .00
CAPITAL ONE               UNSECURED        886.68             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        611.90             .00             .00
CBUSA SEARS               NOTICE ONLY     NOT FILED           .00             .00
SEARS ROEBUCK & CO        NOTICE ONLY     NOT FILED           .00             .00
SEARS                     NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        950.00             .00             .00
CITY OF CHICAGO BUREAU P  NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO PARKING   NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO BUREAU O  NOTICE ONLY     NOT FILED           .00             .00
COLE TAYLOR BANK          UNSECURED       NOT FILED           .00             .00
COLE TAYLOR BANK          NOTICE ONLY     NOT FILED           .00             .00
COLLECTION COMPANY OF AM  UNSECURED       NOT FILED           .00             .00
COLLECTION COMPANY OF AM  NOTICE ONLY     NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED        408.96             .00             .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED           .00             .00
DEPENDON COLLECTION SE    UNSECURED       NOT FILED           .00             .00
DEPENDON COLLECTION SERV  NOTICE ONLY     NOT FILED           .00             .00
DEPENDON COLLECTION SERV  NOTICE ONLY     NOT FILED           .00             .00
DEPENDON COLLECTIONS SER  UNSECURED       NOT FILED           .00             .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06307 RHOWN A LEVY

```
MINTON LLC                    UNSECURED     NOT FILED              .00              .00
MRSI                          UNSECURED     NOT FILED              .00              .00
MRSI                          NOTICE ONLY   NOT FILED              .00              .00
MRSI                          NOTICE ONLY   NOT FILED              .00              .00
MRSI                          UNSECURED     NOT FILED              .00              .00
MUTL H CLCTN                  UNSECURED     NOT FILED              .00              .00
MUTUAL HOSPITAL               NOTICE ONLY   NOT FILED              .00              .00
MUTUAL HOSPITAL SERVICE       NOTICE ONLY   NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS         UNSECURED     NOT FILED              .00              .00
NCO FINANCIAL SYSTEM          NOTICE ONLY   NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS         NOTICE ONLY   NOT FILED              .00              .00
NCO FINANCIAL SERVICES        NOTICE ONLY   NOT FILED              .00              .00
NCO FINANCIAL                 UNSECURED     NOT FILED              .00              .00
NICOR GAS                     UNSECURED     NOT FILED              .00              .00
NICOR GAS                     NOTICE ONLY   NOT FILED              .00              .00
PROFESSIONAL EDUCATION        UNSECURED     NOT FILED              .00              .00
RMI/MCSI                      UNSECURED       1100.00              .00              .00
RMI/MCSI                      NOTICE ONLY   NOT FILED              .00              .00
RMI/MCSI                      NOTICE ONLY   NOT FILED              .00              .00
RMI/MCSI                      UNSECURED     NOT FILED              .00              .00
RMI/MCSI                      NOTICE ONLY   NOT FILED              .00              .00
RMI MCSI                      NOTICE ONLY   NOT FILED              .00              .00
SUPERIOR MANAGEMENT           UNSECURED     NOT FILED              .00              .00
SUPERIOR ASSET MANAGEMEN      NOTICE ONLY   NOT FILED              .00              .00
SUPERIOR ASSET MANAGEMEN      NOTICE ONLY   NOT FILED              .00              .00
WEST ASSET MANAGEMENT         UNSECURED     NOT FILED              .00              .00
WEST ASSET MANAGEMENT         NOTICE ONLY   NOT FILED              .00              .00
WEST ASSET MANAGEMENT         NOTICE ONLY   NOT FILED              .00              .00
WEST ASSET MANAGEMENT         NOTICE ONLY   NOT FILED              .00              .00
OLIPHANT FINANCIAL CORP       UNSECURED        159.96              .00              .00
T-MOBILE USA                  UNSECURED        609.91              .00              .00
MINTON LLC                    SECURED         3574.40              .00           101.59
LEDFORD & WU                  DEBTOR ATTY    2,031.00                               .00
TOM VAUGHN                    TRUSTEE                                            161.94
DEBTOR REFUND                 REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    2,358.00

PRIORITY                                                 .00
SECURED                                             2,196.06
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                  161.94
DEBTOR REFUND                                            .00
                         ---------------      ---------------

               PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 06307 RHOWN A LEVY
```

```
TOTALS                              2,358.00            2,358.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 01/25/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```